<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1895**

RENEE CEASAR,

        Plaintiff - Appellant,

    v.

MARION COUNTY; MARION COUNTY DETENTION CENTER,

        Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence.  Mary G. Lewis, District Judge. (4:11-cv-03397-MGL)

Submitted:  December 17, 2013    Decided:  December 19, 2013

Before KING, GREGORY, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Renee Ceasar, Appellant Pro Se.  Mark W. Buyck, III, WILLCOX BUYCK & WILLIAMS, PA, Florence, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Renee Ceasar appeals the district court's order adopting the magistrate judge's recommendation and granting summary judgment in favor of the Defendants on her employment discrimination claims. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Ceasar v. Marion County, No. 4:11-cv-03397-MGL (D.S.C. June 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED